# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158999(48)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SPECTRUM HEALTH HOSPITALS, MARY
FREE BED REHABILITATION HOSPITAL, and
MARY FREE BED MEDICAL GROUP
        Plaintiffs-Appellants,

v

SC: 158999
COA: 341353
Kent CC: 17-001462-NF

GEICO GENERAL INSURANCE COMPANY
and GEICO INDEMNITY COMPANY,
        Defendants-Appellees.
_____/

    On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer is GRANTED. The answer submitted on March 8, 2019, is accepted as timely filed.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2019



Clerk